JS 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KANDY KISS OF CALIFORNIA, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HARTFORD INSURANCE COMPANY OF THE MIDWEST, an Indiana corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  CV 08-2266 DSF (AJWx)<br><br>Hon. Dale S. Fischer<br><br>**[ORDER DISMISSING ACTION WITH PREJUDICE PURSUANT TO STIPULATON OF THE PARTIES** |

1 | **ORDER**

2 | The Court HEREBY GRANTS the stipulation of Defendant Hartford
3 | Insurance Company of the Midwest and Plaintiff Kandy Kiss of California, Inc. to
4 | dismiss this action, Case No. CV 08-2266 DSF (AJWx), with prejudice.

7 | IT IS SO ORDERED.

10 | Dated: April _30, 2009         By:_____
11 |                                        Hon. Dale S. Fischer
                                            United States District Judge